IN RE:	CASE NO. 09-52356-S

LEVI J. TROYER, JR.	CHAPTER 7
GINGER S. TROYER
      Debtors	REPORT OF DIVIDEND
              <u>UNDER FIVE DOLLARS</u>

*FILED 2010 MAY -6 PM 12:57 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON*

    Harold A. Corzin, Trustee herein, reports that check #112 in the amount of $.69 was issued on April 20, 2010 to the Clerk of Courts in payment of dividend under $5.00 for the following unsecured creditor:

                                                      Amt. of Dividend

Claim #6    FirstMerit Bank                   $    .69
            III Cascade Plaza
            Akron, Ohio 44308

TOTAL:                                             $    .69

*ck #112*
*Receipt # 81452*

                                             _____
                                             HAROLD A. CORZIN, TRUSTEE
                                             304 N. Cleveland-Massillon Rd.
                                             Akron, Ohio 44333
                                             (330) 670-0770

April 22, 2010